F#D:
483859

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
| TYLER SUTTON | ) Case No. 21-CR-51-RGA |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TYLER SUTTON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of Supervised Release.

FILED
NOV 22 2023
U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date:   02/06/2023                         /s/ L. HILL, Deputy Clerk
                                           *Issuing officer's signature*

City and state:   WILMINGTON, DE           JOHN A. CERINO, CLERK OF COURT
                                           *Printed name and title*

---

### Return

This warrant was received on *(date)* 2/6/23, and the person was arrested on *(date)* 11/16/23
at *(city and state)* Georgetown, DE.

Date:   11/16/23
                                           *Arresting officer's signature*

                                           Robert Smith / Deputy U.S. Marshal
                                           *Printed name and title*